# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-00209-01-CR-W-RK |
| | ) | |
| JAMES A. SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On June 29, 2016, the Grand Jury returned a five-count indictment against Defendant James A. Scott. Count One charges Defendant Scott with possession with intent to distribute a controlled substance (marijuana). Count Two charges Defendant Scott with possession of a firearm in relation to a drug trafficking crime. Count Three charges Defendant Scott with possession with intent to distribute a controlled substance (methamphetamine). Count Four charges Defendant Scott with possession with intent to distribute a controlled substance (gamma-hydroxybutyrate (GHB)). Count Five charges Defendant Scott with possession of a firearm in relation to a drug trafficking crime.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: Matthew Moeder
      Case Agent:  Kevin Nightingale, Independence Police Department
      Defense:    Carrie Allen

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
      Government:   with stipulations;   15 without stipulations
      Defendant:   no more than 3 witnesses, including the Defendant

**TRIAL EXHIBITS**
      Government:   approximately 30 exhibits
      Defendant:    no more than 10 exhibits for Defendant

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
( ) Definitely for trial; ( ) Possibly for trial; (X) Likely a plea will be worked out

**TRIAL TIME:   2 1/2  days**
Government's case including jury selection:   2 days
Defense case:  1/2 day

**STIPULATIONS**: Anticipate stipulations as to chemistry, status as a felon, and interstate nexus.

**UNUSUAL QUESTIONS OF LAW:**  none

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: **Due on or before October 16, 2018**
Defense: **Due on or before October 16, 2018**

 **Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions:  Due by noon, Wednesday, October 24, 2018.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine**: Parties do not anticipate any.  **Motions in Limine, if any, are due on or before October 24, 2018.**

**TRIAL SETTING**: Criminal jury trial docket commencing October 29, 2018.

**Please note:** Parties are engaged in plea negotiations and believe they have an agreement.  No plea date set.  Counter-offer made and it appears that it might have approval.  If it goes to trial Government requests second week.  Defense counsel can do either week.

**IT IS SO ORDERED.**

 */s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge